IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EARL LITTON                                                                                           PLAINTIFF

V.                                                                         NO. 4:09-CV-00104-DMB-JMV

JOHNSON & JOHNSON, ET AL.                                                              DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 9, 2015, U.S. Magistrate Judge Jane M. Virden issued a Report and Recommendation ("R&R") recommending that Plaintiff's case be dismissed for failure to prosecute and for failure to obey an order of the Court. Doc. #28. The R&R warned that "any … objections [to the R&R] are required to be in writing and must be filed within fourteen days of this date. Failure to timely file written objections … will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at 3. A copy of the R&R was mailed to the *pro se* plaintiff by United States Postal Service on June 9, 2015.

More than fourteen days have elapsed since service of the R&R and no objection thereto has been filed or served by any party. Accordingly, this Court's review of the R&R is limited to plain error. *See Molina-Uribe v. U.S.*, No. B:97-97, 2009 WL 3535498, at *15 (S.D. Tex. Sep. 10, 2009) ("In the absence of plain error, a party's failure to object timely to a Magistrate Judge's Report and Recommendation waives any right to further judicial review of that decision.") (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1997)).

The Court has reviewed the R&R and has found no plain error. Accordingly, the R&R is

**APPROVED and ADOPTED** as the opinion of the Court. Thus, this case is hereby **DISMISSED with prejudice**.

SO ORDERED, this 9th day of July, 2015.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**